IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FLORA KIM, individually and as Guardian Ad Litem for W.K.; and DAVID KANG, | ) ) ) ) | Civ. No. 16-00460 JMS-KJM |
| Plaintiffs, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | ) ) | |
| CROCS, INC.; HILTON MANAGEMENT LLC; HILTON HAWAIIAN VILLAGE, LLC; DOE ENTITIES 1-1 O; and JOHN and/or JANE DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| HILTON MANAGEMENT LLC; HILTON HAWAIIAN VILLAGE LLC, | ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| vs. | ) ) | |
| OTIS ELEVATOR COMPANY, | ) ) | |
| Third-Party Defendant. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on June 28, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO GRANT DEFENDANTS HILTON

MANAGEMENT LLC AND HILTON HAWAIIAN VILLAGE LLC'S

PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT," ECF

No. 301, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 24, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge