REESE MARKETOS, LLP
PETE D. MARKETOS, ESQ.
LESLIE CHAGGARIS, ESQ.
SEAN F. GALLAGHERS, ESQ.
750 N. Saint Paul Street, Suite 600
Dallas, Texas 75201-3201
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

THE PERRIN LAW FIRM
JERRY MARK PERRIN, ESQ.
1910 Pacific Avenue, Suite 6050
Dallas, Texas 75201
Telephone: (214) 646-2004
Facsimile: (214) 646-6117

ERIC A. SEITZ, AAL, ALC
ERIC A. SEITZ          1412
DELLA A. BELATTI    7945
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FLORA KIM, individually and as Guardian ad Litem for W.K.; and DAVID KANG,<br><br>            Plaintiffs,<br>vs.<br><br>CROCS, INC.; HILTON MANAGEMENT LLC; HILTON HAWAIIAN VILLAGE, LLC; DOE ENTITIES 1-10; JOHN and/or JANE DOES 1-10; and OTIS ELEVATOR COMPANY,<br><br>            Defendants. | CIVIL NO. 1:16-cv-00460 KJM<br>(Other Civil Action)<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br><br>Trial Date: Vacated |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and LR 41.1, the parties who have appeared hereby stipulate that this case shall be dismissed with prejudice, the parties to bear their own fees and costs. There are no remaining parties or claims.

/s/ Pete Marketos
Pete Marketos
Leslie Chaggaris
Jerry Mark Perrin
Sean Gallagher
Eric A. Seitz
Attorneys for PLAINTIFFS

/s/ Julie M. Walker
Julie M. Walker
Matt A. Tsukazaki, Esq.
Attorneys for Defendant CROCS, INC.

/s/ John-Anderson L. Meyer
John-Anderson L. Meyer, Esq
Attorney for Third-Party Defendant
OTIS ELEVATOR COMPANY

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, May 22, 2019.



Kenneth J. Mansfield
United States Magistrate Judge

*Flora Kim, et al v. Crocs, Inc.*, et al; No. 1:16-cv-00460 KJM
**ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE**